UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-88 (PAM/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION TO |
| v. | ) | UNSEAL INDICTMENT |
| | ) | |
| GABRIEL ADAM ALEXANDER LUTHOR, | ) | |
| a.k.a. GABRIEL ADAM ALEXANDER | ) | |
| LANGFORD, and | ) | |
| ELIZABETH CHRISTINE BROWN, | ) | |
| | | |
| Defendants. | | |

The United States of America, by and through its undersigned attorneys, respectfully moves the Court to unseal the indictment in this case, following the defendants' initial appearances yesterday in the U.S. District Court for the District of Nevada, where that court ordered the indictment's unsealing. *See United States v. Luthor*, No. 2:25-mj-299 (D. Nev. Apr. 8, 2025) (ECF No. 2); *United States v. Brown*, No. 2:25-mj-300 (D. Nev. Apr. 8, 2025) (D. Nev. Apr. 8, 2025) (ECF No. 2).

Respectfully submitted,

Dated: April 9, 2025

LISA D. KIRKPATRICK
Acting United States Attorney

*/s/ Matthew D. Forbes*

MATTHEW D. FORBES
Assistant U.S. Attorney
NY Bar No. 5664354