UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-88 (PAM/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>GABRIEL ADAM ALEXANDER LUTHOR, )<br>a.k.a. GABRIEL ADAM ALEXANDER )<br>LANGFORD, and )<br>ELIZABETH CHRISTINE BROWN, )<br>  )<br>  Defendants. ) | **ORDER** |

This matter came before the Court on the Government's Motion to Unseal Indictment. (ECF No. 8.)

Based upon the files, records, and proceedings herein, IT IS HEREBY ORDERED:

1. The Government's Motion to Unseal Indictment is GRANTED, and
2. The Indictment (ECF No. 1) is unsealed.

Dated: April 10, 2025

*s/John F. Docherty*
John F. Docherty
United States Magistrate Judge