# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Gabriel Adam Alexander Luthor (1),<br><br>    Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: ELIZABETH COWAN WRIGHT<br>U.S. Magistrate Judge<br><br>Case No:　　　　25-cr-88 (ECT/LIB)<br>Date:　　　　　April 30, 2025<br>Video conference<br>Time Commenced:　2:51 p.m.<br>Time Concluded:　 2:52 p.m.<br>Time in Court:　　1 minute |

APPEARANCES:

　Plaintiff: Matthew Forbes, Assistant U.S. Attorney
　Defendant: Siri Carlson McDowell
　　　　　　　X FPD

**Indictment Dated:** March 6, 2025

　X Reading of Indictment Waived　　X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.
X Defendant consents to this hearing via video conference.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/nah*
　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy