# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

Elizabeth Christine Brown (2),

                    Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: ELIZABETH COWAN WRIGHT
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 25-cr-88 (ECT/LIB) |
| Date: | April 30, 2025 |
| Video conference | |
| Time Commenced: | 3:21 p.m. |
| Time Concluded: | 3:22 p.m. |
| Time in Court: | 1 minute |

APPEARANCES:

  Plaintiff: Matthew Forbes, Assistant U.S. Attorney
  Defendant: Siri Carlson McDowell
                    X FPD

**Indictment Dated:**  March 6, 2025

     X Reading of Indictment Waived     X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.
X Defendant consents to this hearing via video conference.

_____ *s/nah*
Signature of Courtroom Deputy