UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-88 (ECT/LIB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GABRIEL ADAM ALEXANDER LUTHOR,
and ELIZABETH CHRISTINE BROWN,

    Defendants.

**GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANTS' OBJECTIONS TO REPORT AND RECOMMENDATION**

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Matthew D. Forbes, Assistant U.S. Attorney, hereby submits its consolidated response to defendants' objections (ECF Nos. 83, 84) to the Magistrate Judge's December 30, 2025 report and recommendation (ECF No. 80).

For the reasons stated in the government's response to defendants' motions (ECF No. 69), and in the Magistrate Judge's R&R (ECF No. 80), defendants' objections should be overruled, the R&R should be adopted, and defendants' motions to suppress should be denied.

Dated:  February 23, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

/s/ *Matthew D. Forbes*
MATTHEW D. FORBES
Assistant U.S. Attorney
Bar No. NY5664354