UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

Plaintiff,

v.

Gabriel Adam Alexander Luthor (1) and
Elizabeth Christine Brown (2),

Defendants.

File No. 25-cr-88 (ECT/LIB)

**THIRD AMENDED
TRIAL NOTICE AND
FINAL PRETRIAL ORDER**

---

Matthew D. Forbes, United States Attorney's Office, District of Minnesota, Minneapolis, MN, for Plaintiff United States of America.

Thomas C. Plunkett, Attorney at Law, St. Paul, MN, for Defendant Gabriel Adam Alexander Luthor.

Andrew S. Garvis, Koch & Garvis, Minneapolis, MN and Erica E. Davis, Davis and Egberg, PLLC, Minneapolis, MN, for Defendant Elizabeth Christine Brown.

---

This case is scheduled for trial before Judge Eric C. Tostrud, beginning on **Monday, October 19, 2026**, at 9:00 a.m. in **Courtroom 7D** of the Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101.

### PRETRIAL CONFERENCE

A pretrial conference will be conducted by Judge Tostrud in **Courtroom 7D** of the Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101, on **Wednesday, October 7, 2026**, at 10:00 a.m.  All attorneys who will participate in the trial of the case must attend.

### TRIAL DOCUMENTS

1.      Trial-related motions (including motions in limine) must be submitted by **Wednesday, September 23, 2026**.  Responses to trial-related motions (including motions in limine) must be submitted by **Wednesday, September 30, 2026.**

2.      Proposed voir dire questions, proposed jury instructions, witness lists, and exhibit lists must be submitted by **Wednesday, September 23, 2026**.

3.      **Submitting Documents.**  All documents must be filed electronically and served on all parties.  Two courtesy copies must be delivered to the chambers of Judge Tostrud, care of the St. Paul Clerk's Office, at the following address: 316 N. Robert Street, St. Paul, Minnesota.  The courtesy copies should be ECF-stamped; three-hole punched; unstapled; double-sided, if feasible; and if voluminous, appropriately tabbed and organized within binders.  The list of exhibits, proposed voir dire and proposed jury instructions must also be submitted by email, in word-processing format, to tostrud_chambers@mnd .uscourts.gov.

4.      **Daily Transcripts.**  If any party intends to order daily transcripts of trial, that Party should contact Judge Tostrud's court reporter, Tim Willette, as soon as possible, so that he can make arrangements for other court reporters to assist him during the trial.  Mr. Willette's email address is tim_willette@mnd.uscourts.gov.

Dated: June 15, 2026                          s/ Eric C. Tostrud
                                              Eric C. Tostrud
                                              United States District Court