iOS iMessage/SMS/MMS

| | |
|---|---|
| Location | • Table: message(ROWID: 181468)<br>• Table: handle(ROWID: 140)<br>• Table: chat_message_join(rowid: 181412)<br>• Table: chat(ROWID: 2672)<br>• Table: ABMultiValue(UID: 26382)<br>• Table: ABPerson(ROWID: 13) |
| Evidence number | • 00008120-001854C00240C01E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 203848 |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_11_2023 9_59_46 PM.pdf#message203848 |

Record 4223

| | |
|---|---|
| Tags | Evidence |
| Sender | Gabriel Luthor (+15073632563) |
| Recipient(s) | Local User <00008120-001854C00240C01E_files_partial-afu.zip> |
| Message Sent Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 1:08:23 PM |
| Message | After reviewing the complaint. I can say I am not surprised. [redacted] [redacted] has been at tempting to report to higher authorities several times. At least according to her office s taff. The first one being completely rebuffed. Once again she is entirely incorrect. For o ne thing we can conclusively prove the start date for Biofeedback is not only not in Febru ary it is not even in the same year. Her assertions are not only false and provably so it borders on the line of mal practice. She and her staff has been obsessed since I left them . Refused to pay last paycheck. Has not sent W2's. Had members of her staff call pharmacy to check up on medications prescribed that have nothing to do with anything her office was doing. She has had staff interrogate patients who have complained. Several of these patie nts are still with me and I would be certain would make an official statement to you. She has threatened other Dr's. Practitioners, office staff, billers. Attempted to tell patient s I was not able to practice. Refused to tell patience I had left her practice as she was worried they would discontinue service with her office. Honestly there are other things. |
| Message GUID | D71E978C-472A-42EE-B4C5-09D4FF2414D7 |
| Type | iMessage |
| Status | Received and Read |
| Message Read Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 1:08:26 PM |
| Chat ID | +15073632563 |
| Source | • 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\SMS\sms.db<br>• 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\AddressBook\AddressBook.sqlitedb |
| Location | • Table: message(ROWID: 181469)<br>• Table: handle(ROWID: 140)<br>• Table: chat_message_join(rowid: 181413)<br>• Table: chat(ROWID: 2672)<br>• Table: ABMultiValue(UID: 26382)<br>• Table: ABPerson(ROWID: 13) |
| Evidence number | • 00008120-001854C00240C01E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 203860 |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_11_2023 9_59_46 PM.pdf#message203860 |

Record 4224

| | |
|---|---|
| Tags | Evidence |
| Sender | Local User <00008120-001854C00240C01E_files_partial-afu.zip> |
| Recipient(s) | Gabriel Luthor (+15073632563) |
| Message Sent Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 8:48:23 PM |
| Message | She just said "our" client |
| Message GUID | 46D7F216-7A37-42C8-9A5A-11010DDF1B89 |
| Type | iMessage |
| Status | Sent |
| Message Delivered Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 8:48:23 PM |
| Chat ID | +15073632563 |

| | |
|---|---|
| Source | • 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\SMS\sms.db<br>• 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\AddressBook\AddressBook.sqlitedb |
| Location | • Table: message(ROWID: 181585)<br>• Table: handle(ROWID: 140)<br>• Table: chat_message_join(rowid: 181529)<br>• Table: chat(ROWID: 2672)<br>• Table: ABMultiValue(UID: 26382)<br>• Table: ABPerson(ROWID: 13) |
| Evidence number | • 00008120-001854C00240C01E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 204226 |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_11_2023 9_59_46 PM.pdf#message204226 |

Record 4225

| | |
|---|---|
| Tags | Evidence |
| Sender | Local User <00008120-001854C00240C01E_files_partial-afu.zip> |
| Recipient(s) | Gabriel Luthor (+15073632563) |
| Message Sent Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 8:48:44 PM |
| Message | So she is still working with her ? |
| Message GUID | DD1AD964-89E3-43C0-BE5F-C5DEC1CBAEB9 |
| Type | iMessage |
| Status | Sent |
| Message Delivered Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 8:48:45 PM |
| Chat ID | +15073632563 |
| Source | • 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\SMS\sms.db<br>• 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\AddressBook\AddressBook.sqlitedb |
| Location | • Table: message(ROWID: 181586)<br>• Table: handle(ROWID: 140)<br>• Table: chat_message_join(rowid: 181530)<br>• Table: chat(ROWID: 2672)<br>• Table: ABMultiValue(UID: 26382)<br>• Table: ABPerson(ROWID: 13) |
| Evidence number | • 00008120-001854C00240C01E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 204227 |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_11_2023 9_59_46 PM.pdf#message204227 |

Record 4226

| | |
|---|---|
| Tags | Evidence |
| Sender | Gabriel Luthor (+15073632563) |
| Recipient(s) | Local User <00008120-001854C00240C01E_files_partial-afu.zip> |
| Message Sent Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 8:54:57 PM |
| Message | Tell her Gabriel has sued and won against huge companies. Tell her you're freaking out because Gabriel's legal team is vicious. |
| Message GUID | 1588981C-32D9-4EC8-99D9-D0E20C290EDE |
| Type | iMessage |
| Status | Received and Read |
| Message Read Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 8:55:02 PM |
| Chat ID | +15073632563 |
| Source | • 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\SMS\sms.db<br>• 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\AddressBook\AddressBook.sqlitedb |
| Location | • Table: message(ROWID: 181588)<br>• Table: handle(ROWID: 140)<br>• Table: chat_message_join(rowid: 181532)<br>• Table: chat(ROWID: 2672)<br>• Table: ABMultiValue(UID: 26382)<br>• Table: ABPerson(ROWID: 13) |

iOS iMessage/SMS/MMS

| | |
|---|---|
| Evidence number | • 00008120-001854C00240C01E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 204229 |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_11_2023 9_59_46 PM.pdf#message204229 |

Record 4227

| | |
|---|---|
| Tags | Evidence |
| Sender | Gabriel Luthor (+15073632563) |
| Recipient(s) | Local User <00008120-001854C00240C01E_files_partial-afu.zip> |
| Message Sent Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 8:58:00 PM |
| Message | This isn't a big deal Gabriel's legal is already dealing with it |
| Message GUID | FD8322D1-5146-4DE2-87D9-9DBB0C82D838 |
| Type | iMessage |
| Status | Received and Read |
| Message Read Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 8:58:04 PM |
| Chat ID | +15073632563 |
| Source | • 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\SMS\sms.db<br>• 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\AddressBook\AddressBook.sqlitedb |
| Location | • Table: message(ROWID: 181589)<br>• Table: handle(ROWID: 140)<br>• Table: chat_message_join(rowid: 181533)<br>• Table: chat(ROWID: 2672)<br>• Table: ABMultiValue(UID: 26382)<br>• Table: ABPerson(ROWID: 13) |
| Evidence number | • 00008120-001854C00240C01E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 204230 |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_11_2023 9_59_46 PM.pdf#message204230 |

Record 4228

| | |
|---|---|
| Tags | Evidence |
| Sender | Gabriel Luthor (+15073632563) |
| Recipient(s) | Local User <00008120-001854C00240C01E_files_partial-afu.zip> |
| Message Sent Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 8:58:13 PM |
| Message | The problem is Gabriel said smooth transition and this isn't |
| Message GUID | DC59D21F-C4BA-4040-976D-68348384F702 |
| Type | iMessage |
| Status | Received and Read |
| Message Read Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 8:58:13 PM |
| Chat ID | +15073632563 |
| Source | • 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\SMS\sms.db<br>• 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\AddressBook\AddressBook.sqlitedb |
| Location | • Table: message(ROWID: 181590)<br>• Table: handle(ROWID: 140)<br>• Table: chat_message_join(rowid: 181534)<br>• Table: chat(ROWID: 2672)<br>• Table: ABMultiValue(UID: 26382)<br>• Table: ABPerson(ROWID: 13) |
| Evidence number | • 00008120-001854C00240C01E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 204231 |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_11_2023 9_59_46 PM.pdf#message204231 |

Record 4229

| | |
|---|---|
| Tags | Evidence |
| Sender | Gabriel Luthor (+15073632563) |
| Recipient(s) | Local User <00008120-001854C00240C01E_files_partial-afu.zip> |

| | |
|---|---|
| Message Sent Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 8:58:52 PM |
| Message | I don't have 3.5 million or more. I will call her tonight |
| Message GUID | B1DFD3DC-1D1F-422B-B9A6-A5BC624E9CF2 |
| Type | iMessage |
| Status | Received and Read |
| Message Read Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 8:58:52 PM |
| Chat ID | +15073632563 |
| Source | • 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\SMS\sms.db<br>• 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\AddressBook\AddressBook.sqlitedb |
| Location | • Table: message(ROWID: 181591)<br>• Table: handle(ROWID: 140)<br>• Table: chat_message_join(rowid: 181535)<br>• Table: chat(ROWID: 2672)<br>• Table: ABMultiValue(UID: 26382)<br>• Table: ABPerson(ROWID: 13) |
| Evidence number | • 00008120-001854C00240C01E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 204232 |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_11_2023 9_59_46 PM.pdf#message204232 |

Record 4230

| | |
|---|---|
| Tags | Evidence |
| Sender | Gabriel Luthor (+15073632563) |
| Recipient(s) | Local User <00008120-001854C00240C01E_files_partial-afu.zip> |
| Message Sent Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 8:59:04 PM |
| Message | Gen |
| Message GUID | 60738647-815B-4AA4-998D-35E2BA5555E4 |
| Type | iMessage |
| Status | Received and Read |
| Message Read Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 8:59:04 PM |
| Chat ID | +15073632563 |
| Source | • 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\SMS\sms.db<br>• 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\AddressBook\AddressBook.sqlitedb |
| Location | • Table: message(ROWID: 181592)<br>• Table: handle(ROWID: 140)<br>• Table: chat_message_join(rowid: 181536)<br>• Table: chat(ROWID: 2672)<br>• Table: ABMultiValue(UID: 26382)<br>• Table: ABPerson(ROWID: 13) |
| Evidence number | • 00008120-001854C00240C01E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 204234 |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_11_2023 9_59_46 PM.pdf#message204234 |

Record 4231

| | |
|---|---|
| Tags | Evidence |
| Sender | Gabriel Luthor (+15073632563) |
| Recipient(s) | Local User <00008120-001854C00240C01E_files_partial-afu.zip> |
| Message Sent Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 8:59:22 PM |
| Message | Or more |
| Message GUID | B168513B-A26A-4B12-B844-BCF089A1F0AC |
| Type | iMessage |
| Status | Received and Read |
| Message Read Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 8:59:22 PM |
| Chat ID | +15073632563 |

iOS iMessage/SMS/MMS

| | |
|---|---|
| Source | • 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\SMS\sms.db<br>• 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\AddressBook\AddressBook.sqlitedb |
| Location | • Table: message(ROWID: 181593)<br>• Table: handle(ROWID: 140)<br>• Table: chat_message_join(rowid: 181537)<br>• Table: chat(ROWID: 2672)<br>• Table: ABMultiValue(UID: 26382)<br>• Table: ABPerson(ROWID: 13) |
| Evidence number | • 00008120-001854C00240C01E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 204236 |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_11_2023 9_59_46 PM.pdf#message204236 |

Record 4232

| | |
|---|---|
| Tags | Evidence |
| Sender | Local User <00008120-001854C00240C01E_files_partial-afu.zip> |
| Recipient(s) | Gabriel Luthor (+15073632563) |
| Message Sent Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 9:15:32 PM |
| Message | OBJ |
| Message GUID | 6C4C886E-3D15-4E73-939D-FA13493E7DD6 |
| Type | iMessage |
| Status | Sent |
| Message Delivered Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 9:15:35 PM |
| Attachments | ~/Library/SMS/Attachments/e9/09/at_0_6C4C886E-3D15-4E73-939D-FA13493E7DD6/IMG_0857.PNG |
| Attachment Data Recovered | Yes |
| Chat ID | +15073632563 |
| Source | • 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\SMS\sms.db<br>• 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\AddressBook\AddressBook.sqlitedb<br>• 00008120-001854C00240C01E_files_partial-afu.zip\private\var\mobile\Library\SMS\Attachments\e9\09\at_0_6C4C886E-3D15-4E73-939D-FA13493E7DD6\IMG_0857.PNG |
| Location | • Table: message(ROWID: 181597)<br>• Table: handle(ROWID: 140)<br>• Table: message_attachment_join(rowid: 14180)<br>• Table: attachment(ROWID: 17392)<br>• Table: chat_message_join(rowid: 181541)<br>• Table: chat(ROWID: 2672)<br>• Table: ABMultiValue(UID: 26382)<br>• Table: ABPerson(ROWID: 13)<br>• n/a |
| Evidence number | • 00008120-001854C00240C01E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 204242 |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_11_2023 9_59_46 PM.pdf#message204242 |

Record 4233

| | |
|---|---|
| Tags | Evidence |
| Sender | Local User <00008120-001854C00240C01E_files_partial-afu.zip> |
| Recipient(s) | Gabriel Luthor (+15073632563) |
| Message Sent Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 9:16:31 PM |
| Message | OBJ |
| Message GUID | D76748C2-CB0A-4EBC-B1C6-1269E5A7B66B |
| Type | iMessage |
| Status | Sent |
| Message Delivered Date/Time - UTC-06:00 (M/d/yyyy)[DST] | 2/10/2020 9:16:33 PM |
| Attachments | ~/Library/SMS/Attachments/fd/13/at_0_D76748C2-CB0A-4EBC-B1C6-1269E5A7B66B/IMG_0858.PNG |
| Attachment Data Recovered | Yes |
| Chat ID | +15073632563 |