**From:** Elizabeth Brown <ebrown@goldenvictorymedical.com>
**To:** "skmiller@nsbn.state.nv.us" <skmiller@nsbn.state.nv.us>
**Subject:** Attn: Sally Miller NOI
**Date:** Mon, 10 Feb 2020 23:09:13 +0000
**Attachments:** nfb_code_kareo.pdf

---

Attention: Nevada State Board of Nursing / Sally Miller

I am confirming the receipt of the letter of complaint and also OK the change in my address on file to 2505 Anthem Village Dr, Ste E101, Henderson, NV 89052.

I am writing this response after reviewing the complaint made by Dr. D[redacted] Fr[redacted] as best as I can as Dr. Fr[redacted] was incredibly vague in her complaint and there is nothing specific stated in the letter to formally address. I was working for Face2Face as an independent contractor in 2018. I was also working for 2 other mental health practices performing mental health medication management. Dr. Fr[redacted] was well aware of this and agreed that her patients would strongly benefit from mental health services, therapy services etc. as she only offered primary care in the home to home-bound patients.

I have never represented myself falsely to any patients, nor did I perform neurofeedback on patients while working with Face2Face. An interesting thing I have noticed is that the only reason she would call it biofeedback instead of neurofeedback is if she had somehow gotten ahold of one of the patients bills and looked up the billing codes. Just to clarify that the allegations are of performing and billing biofeedback during my time with FacetoFace which is not only false but it is not even biofeedback that I provide, it is neurofeedback. Which again I did not provide during my time with Face2Face.

I left Dr. Freedman's company Face2Face after much concern about the business practices of the company I.e. bullying of APRNs and refusing to make payment to independent contractors (including myself). She has attempted to threaten and bully any APRN who has left her practice - as corroborated by my fellow peers and cohorts. Which upon request I will put you in direct communication with. She repeatedly withheld, delayed payment to providers due to her inability to pay or unwillingness to do so. An example would be at one point was told I would have to pick my check up at the office. It was closed. I contacted Dr. Fr[redacted] and was told to drive a half hour to Dr. Freedman's personal residence for my monthly payment. She was supposed to have left my name with the gate guard so I could get my check. She did not, and the gate guard attempted to contact her several times on my behalf. I also tried to call her and text her. When she finally responded She then claimed she would meet me there in 15 minutes. After waiting for almost 40 minutes I left. She then told me I was not going to be paid by the terms of my contract and withheld the agreed upon amounts. She has bullied myself as a provider to other peers, cohorts and has also asked her new

providers to ask patients about my care. I did not receive that check for several days and it was not at all the agreed upon amount.

After I chose to leave Face2Face, I had one patient call me up crying stating that Face2Face sent 2 people to her house to attempt to, in the words of the patient, "get you in trouble." The patient was very upset, anxious, and stated she wanted a new company and provider as they were harassing her. Several of these patients are still with me and I would be certain they would make an official statement to you.

I also received several calls from pharmacy staff stating that a Jayne Osborne, Dr. Freedman's personal assistant, was attempting to look up dates of new prescriptions written for patients well after I left Face2Face violating Hippa/patient confidentiality. Dr. Fr[redacted] and her assistant Jayne have been on a wild goose hunt trying to bully myself and other APRNs who have since left their business Face2Face. They have told patients on numerous accounts that I am not a licensed provider, and have tried to sabotage myself as a provider. They have attempted to defame, and sabotage my efforts with home health agencies as well as patients. Fortunately this has not worked in her favor. According to her billing department they even went so far as recording my voice without my knowledge on phone call conversations, again further attempting to harass and bully. It became so apparent the threats would not end, and all of the former left me no other choice but to retain a law firm to draft up a cease and desist letter. After a conversation with Dr. Fr[redacted] she informed me that most of what was going on was due to a personal vendetta of her office staff assistant named Jayne, and she promised to put a stop to it as she wished to avoid legal ramifications. After that I did not hear anything good or bad from her or her office. I had my legal team hold off on sending such a strongly worded letter. I can, however, provide billing proof with dates from the legal team I consulted and hired to do so at your request.

Dr. D[redacted] Fr[redacted] has been attempting to report myself to higher authorities several times, stating that she has an "in" with Medicare and Medicaid and also the Nevada Board of Nursing, at least according to her office staff. The first attempt was completely rebuffed. Once again her allegations are entirely incorrect. I started working with neurofeedback 3/30/2019. I resigned from all work at Face2Face in January 1/22/2019. I have not presented myself as Face2Face nor would I as I strongly disagree with her business practices. I take pride in my work as a provider, providing evidence-based care to patients, increasing access to care, and reducing barriers in healthcare in the state of Nevada. If anything I went to extra lengths to distance myself from her business as I will state again that I was not comfortable with her business practices or how she treated the patients. I did so all the while without disparaging her practice's name. I have been asked to sit on the board of Medicaid to reduce the barriers produced with prior authorizations that inhibit patient care. I take my work very seriously and provide top-notch, excellent patient care. I hold myself and business to the highest standards of care, I can conclusively prove the start date for neurofeedback is not only not in February it is not even in the same year.

Her assertions are not only provably false but also border on the line of malpractice. She and her staff have been obsessed with ruining my career since I left them. She, to this day, has refused to pay out my last paycheck and has not sent W2's. She has threatened myself, doctors, practitioners, office staff, and billers. Upon request I would be happy to put you into direct contact with several of these individuals and practitioners who can not only corroborate what I am saying, but also provide you insight into Dr. Freedman's unique business style of arrogance, falsehoods, and intimidation. There was even a point at which Dr. Fr[redacted] attempted to tell patients I was not able to practice. They refused to tell patients I had left her practice as she was worried they would discontinue services with her office. Honestly there are other things... What she fails to understand, which I have stated to her multiple times is that I do not answer to her, I do not have to answer her questions, and I will not be bullied or intimidated as an APRN. I answer to and only to the Board of Nursing in matters of my patient care and licensure. Attached in this letter is the first neurofeedback visit we had ever billed for as you can clearly see the date and neurofeedback code. I was no longer working with Dr. Freedman's practice at this time. After I submit proof to you showing that her allegations are false, I'm certain Dr. Fr[redacted] will come up with something else as this has been her tactic in the past, and will undoubtedly be her tactic in the future. If you need any more proof of anything stated we would be happy to send you more documentation. She needs to understand that I have an independent practice and I do not answer to her demands, whims, (or her brand of questionable business practices). I sincerely thank you and the board for looking into this matter.

***Elizabeth Brown, MSN, APRN, FNP-BC***
**2605 E Flamingo Road, Las Vegas Nevada, 89121**
***O:702-703-1950***
***F:* 702-442-9793**
***C:* 952-923-7256**

***"Reducing Barriers in Healthcare and Increasing Access to Care"***