**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
*Criminal No.: 25-CR-88 (1) (ECT/LIB)*

---

UNITED STATES OF AMERICA,

Plaintiff,

Vs.

GABRIEL ADAM ALEXANDER LUTHOR ET AL.

Defendants.

---

**DEFENDANTS' ADDENDUM PURSUANT TO THE COURT'S OCTOBER 29, 2026 TEXT ORDER REGARDING THE GOVERNMENT'S MOTION FOR JURY INSTRUCTION REGARDING MEDICARE COVERAGE (ECF NO. 166)**

Pursuant to the Court's Text Order of October 29, 2026, (ECF 179) Defendant Gabriel Adam Alexander Luthor did not locate a case in which a court or courts refused to grant the relief the Government seeks, i.e., that the jury be instructed about "the tenets of the Secretary's NCDs, regulations, and code-set adoption.". (Id.)

Respectfully submitted,

Dated: October 30, 2026

/s/ Thomas C. Plunkett
Thomas C. Plunkett
Attorney No. 260162
First National Bank Building
332 Minnesota St.
Suite W1610
St. Paul, MN 55101
Phone: (651) 222-4357
Email: tcp@tp4justice.com
**Attorney for Gabriel Luthor**