UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-88 (ECT/LIB)

UNITED STATES OF AMERICA,

Plaintiff,

v.

GABRIEL ADAM ALEXANDER LUTHOR, AND ELIZABETH CHRISTINE BROWN,

Defendants.

**ADDENDUM TO GOVERNMENT'S MOTION FOR JURY INSTRUCTION REGARDING MEDICARE COVERAGE**

The United States of America, by and through its undersigned attorneys, respectfully submits this addendum of five case citations in response to the Court's October 29, 2026 text-entry order (ECF No. 179).

1. *United States v. Veasey*, 843 F. App'x 555, 566–67 (5th Cir. 2021) (in healthcare fraud prosecution, affirming district court's jury instruction on the "the definition of 'homebound' from the Medicare regulation," because the instruction "provided clarity" and did not confuse the jury).
2. *United States v. Galatis*, 849 F.3d 455, 463 (1st Cir. 2017) (in healthcare fraud prosecution, affirming and quoting the district court's instruction on Medicare's requirement of "face-to-face encounters").
3. *United States v. McPhilomy*, 270 F.3d 1302, 1310 (10th Cir. 2001) (in mining theft-of-government-property prosecution, affirming jury instruction that restated regulation and informed jury of relevant law).
4. *United States v. Abdallah*, 629 F. Supp. 2d 699, 743–46 (S.D. Tex. 2009) (in healthcare fraud prosecution, denying judgment of acquittal and concluding

that detailed instruction on Medicare's coverage for "ambulance services" was "correct").

5. *Cf. United States v. Bilzerian*, 926 F.2d 1285, 1294–95 (2d Cir. 1991) (in securities fraud prosecution, excluding expert testimony that cut too close to the court's responsibility for "instruction on governing law," while affirming the admission of expert testimony on "background information" regarding SEC requirements).

Dated: October 30, 2026

Respectfully submitted,

DANIEL N. ROSEN
UNITED STATES ATTORNEY

/s/ *Matthew D. Forbes*
Matthew D. Forbes (NY#5664354)
Matthew M. Paulbeck (NY#5674510)
Assistant U.S. Attorneys
District of Minnesota