UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

v.

GABRIEL ADAM ALEXANDER LUTHOR and
ELIZABETH CHRISTINE BROWN

**GOVERNMENT'S SECOND EXHIBIT LIST**

Criminal No. 25-cr-88 (ECT/LIB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Eric C. Tostrud | Matthew Forbes<br>Matthew Paulbeck<br>Assistant U.S. Attorneys | Thomas C. Plunkett<br>Andrew S. Garvis |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| November 2, 2026 | | |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| **CLAIMS, BILLING, and AUDIT DATA** | | | | | |
| 1a-h | | | | Daniel Coney | Qlarant Data<br>a) RFA-260603-00001_1609360254_Billing_Medicare Part B Claims and Summaries<br>b) RFA-260603-00001_1073989356_Attending Referring Medicare Home Health Claims and Summaries<br>c) RFA-260603-00001_1073989356_Referring_Medicaid Crossover Professional Claims and Summaries<br>d) RFA-260603-00001_1073989356_Referring_Medicare Part B Claims and Summaries<br>e) RFA-260603-00001_1073989356_Rendering_Medicare Part B Claims and Summaries<br>f) RFA-260603-00001_1073989356_Servicing_Medicaid Crossover Professional Claims and Summaries<br>g) RFA-260603-00001_1609360254_Billing_Medicaid Crossover Professional Claims and Summaries<br>h) Medicare Enrollment Data |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 2a-u | | | | Tebra Representative | Kareo/Tebra Data Spreadsheets<br>a) NET36966_SecurityDataExport_66412_1)<br>b) NET36966_SecurityDataExport_Notes_66412_1)<br>c) NET-36967_SecurityDataExport_66412_2<br>d) NET-36968_SecurityDataExport_70432_1<br>e) NET-37075_PrescriptionExport_66412_1<br>f) NET-37077_PrescriptionExport_66412_2<br>g) DOPS-11000 - PATIENTS_ID 81466761<br>h) DOPS-11000 - PATIENTS_ID 82381685<br>i) DOPS-11000 - PATIENTS_ID 82382013<br>j) (j)_DOPS-11000 - PATIENTS_ID 82922536<br>k) DOPS-11000 - PATIENTS_ID 85987841<br>l) DOPS-11000 - PATIENTS_ID 94841589<br>m) DOPS-11000 - PATIENTS_ID 95877065<br>n) DOPS-11000 - PATIENTS_ID 96443317<br>o) DOPS-11159<br>p) (Golden_Victory-Clinical_User_Export_2026-10-15<br>q) Patient Note_2022-06-07, C. Futral<br>r) Patient Note_2022-06-07, C. Futral<br>s) C. Futral Kareo Appointments<br>t) G. Tobin Kareo Appointment<br>u) G. Tobin Kareo Billing |
| 3a-d | | | | Jacob Hatling | Noridian Provider Information, Claims Data, and Requirement<br>a. Noridian Data<br>b. DR18346 spreadsheet<br>c. CCN x9570 Excerpt<br>d. CCN x0590 Excerpt |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 4a-r | | | | Heather Donohue | a) Full TriZetto Claim and Remit Results<br>b) A. Diaz_ Brown billing June 2020 - Jan 2021<br>c) A. Diaz_ Brown billing Oct 2019 - Dec 2019<br>d) A Diaz _ Dr Burt billing<br>e) A. Diaz_ Cotton Lewis billing<br>f) A. Diaz _ Eberhart billing<br>g) A. Diaz _ Poitier billing<br>h) A. Diaz _ Pollina billing<br>i) A. Barr_P Miner<br>j) A. Barr_C Looka<br>k) S. Gottilla_Brown Billing Dec 2019<br>l) S. Gottilla_Brown Billing May 2020_Medicare and BCBS<br>m) S. Gottilla_Brown Billing June 2020<br>n) A. Nicholson billing_C. Sanchez<br>o) Mary Purvis_Eberhart Billing<br>p) Gwendolyn_Poitier Billing_ Dec 2020<br>q) Aiden_Brown Billing<br>r) Ashley Slocum_Brown Billing |
| 5 | | | | Kerry Atkins (HIA) | GVM Claims and Billing Data Analyzed |
| 6 | | | | Kerry Atkins (HIA) | HIA Methodology and Process |
| 7 | | | | Kerry Atkins (HIA) | Coding Review Executive Summary |
| 8 | | | | Kerry Atkins (HIA) | HIA Compliance Review Report Tharkur |
| 9 | | | | Kerry Atkins (HIA) | HIA Compliance Review Report Burt |
| 10 | | | | Kerry Atkins (HIA) | HIA Compliance Review Report Zyambo |
| 11a | | | | Kerry Atkins (HIA) | HIA Audit_Provider Presentation_v1_2022_05_09. |
| 11b | | | | Kerry Atkins (HIA) | HIA training screenshot, 90901 |
| **MESSAGES FROM EMAIL EXTRACTIONS** | | | | | |
| 12a-h | | | | Ryan Kapaun | Izzybank09[@]gmail.com emails<br>a) 2019-01-20 – Banken, Welter Way acquisition<br>b) 2019-03-25 – many insurance wont reimburse NFB<br>• Attachment: NFB Information<br>c) 2019-04-17 – Liz road warrior visit times (x2) |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | d) 2019-05-23 – 90901 is incorrect<br>e) 2019-05-23 NS Form, Liz as Psychologist<br>• Attachment: Neuropsychological Testing<br>f) 2019-07-09 – Jade Job Duties<br>• Attachment: Jade job duties<br>g) 2020-07-10 – Rolland scheduling email<br>h) 2020-07-24 – Gardner 2019 billing summary |
| 13a-hh | | | | Ryan Kapaun | Jwilson.Nvd[@]gmail.com / Ebrown[@]goldenvictory.com emails<br>a) 2019-02-26 – Liz advertising as Psychiatric Med Management<br>• Attachment: Brown Psychiatric Medication Management<br>• Attachment: Brown Call for Appointment<br>• Attachment: Brown biography<br>b) 2019-04-04 – NFB Questionnaire<br>c) 2019-04-14- Jade changing Hanks note<br>d) 2019-12-07 – Gardner billing issues<br>e) 2019-12-19 – patient complaint fwd to Liz<br>• Attachment: written complaint<br>f) 2020-02-10 - Brown reply to Miller about BON complaint<br>g) 2020-01-09 - Jade CPT Codes<br>h) 2020-03-14 – NFB errors to fix<br>• Attachment: Encounter Details<br>i) 2020-03-15 – Liz instructing Gen on NFB codes<br>j) 2020-03-26 – GVM AR report<br>• GVM AR Report<br>k) 2020-03-31- CPT cheat sheet<br>l) 2020-04-05 – warning of audit due to excessive take backs<br>• Attachment: April Medicare Revenue<br>m) 2020-05-22 – overpayment request for 90901<br>n) 2020-06-01 – Gabe wants patient count<br>o) 2020-06-10 - GVM visit and profit goals<br>p) 2020-07-10 – Rolland scheduling email<br>q) 2020-08-03 – Liz asking Gen to check CPT codes<br>r) 2020-09-01 – CPT codes from Jade<br>s) 2020-10-02 – screenshots of first claims and first 90901 claims<br>• Attachment: 90901 screenshot<br>• Attachment: first claim screenshot |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | t) 2020-10-22- CPT codes to be billed from Jade to Liz et al<br>u) 2020-11-10 copay waiver<br>• Attachment: Financial Policy GVM<br>w) 2020-11-23 - Liz Patient Scheduling Email<br>x) 2020-12-01 – CPT codes from Jade to Betty<br>y) 2020-12-24 – xmas schedule<br>z) 2020-12-30 – NS assigned to Liz as rendering for billing purposes<br>aa) 2020-12-31 – reassigning notes to Rodessa and Chanell<br>bb) 2021-01-06 – proper 90785 use<br>cc) 2021-01-06 – rebilling with new codes after denied<br>dd) 2021-01-07 – Liz as rendering provider<br>ee) 2021-01-09 – CPT codes from Jade to Liz<br>ff) 2021-01-14 – changing rendering providers and 90785<br>gg) 2021-01-15 – billing rendering and referring providers on same bill<br>hh) 2021-01-16 – liz instructing 90785 to be added back to billing |
| **EMAILS, NOTES, TEXTS, AND PICTURES FROM ELIZABETH BROWN PHONE** | | | | | |
| 14a-c | | | | Ryan Kapaun | Elizabeth Brown Phone Emails<br>a) 2021-05-14 Wrong Billing Roseann Korsen<br>b) 2022-08-07 Fraudulent Billing BCBS<br>c) 2022-12-06 Victory Health Solution Billing |
| 15a-k | | | | Ryan Kapaun | Elizabeth Brown Phone – Notes App<br>a) 2018-08-28_Note to Gabe about GVM<br>b) 2019_04_03 CPT Codes<br>c) 2019_04_03 CPT Codes – attachment<br>d) 2020-05-18 Get to 200k This Week<br>e) 2020-06-13-Group Homes Family are Priority<br>f) 2021-05-27 Gabriel Put All Money In<br>g) 2021-10-21 Medicare Investigation<br>h) 2021-11-04 All Billing Through Liz<br>i) 2022-01-29 Make Money Off Patients<br>j) 2022-11-22 How to Bill Patients<br>k) 2022-12-19 Gabriel Makes the Decisions |
| 16a-cccc | | | | Ryan Kapaun | Elizabeth Brown Phone – texts between Elizabeth and 507-363-2563 (“Gabriel |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | Luthor")<br>a) 2019-11-16 - biofeedback email from Stanley<br>b) 2019-11-16 – attachment<br>c) 2019-11-18 - Gabe pushing on numbers<br>d) 2019-12-04 - do not give out any info on me<br>e) 2019-12-17 - Gabe permissions<br>f) 2019-12-20 - stop saying that crap and obey<br>g) 2020-01-02 - Kareo Codes<br>h) 2020-01-03 - stop texting and obey<br>i) 2020-01-12 - send me all codes<br>j) 2020-01-27 - superbills convo<br>k) 2020-01-28 - biller interview conversation<br>l) 2020-01-28 - Kareo billing conversation<br>m) 2020-01-29 - pushing superbills with jade<br>n) 2020-01-31- headed to hotel to bill<br>o) 2020-02-01 - finding new codes<br>p) 2020-02-02 fixing claims to make more money<br>q) 2020-02-02- found play therapy code<br>r) 2020-02-03_74 pages of rejections<br>s) 2020-02-04 - every click worth about $250<br>t) 2020-02-07 - Gen reversed NFB<br>u) 2020-02-10 - Donielle Freedman script<br>v) 2020-02-24 - found codes to payout more<br>w) 2020-02-26 - find the money<br>x) 2020-05-19 - at the 200 or I'm taking over<br>y) 2020-07-12 - Rolland text<br>z) 2020-07-29 - resignation letter<br>aa) 2020-07-31 - found codes to increase Medicaid money<br>bb) 2020-08-01 - new 2020 cpt Medicare codes<br>cc) 2020-08-14 new codes on 300 NFB patients<br>dd) 2020-08-17 - visits to hit numbers<br>ee) 2020-08-18_scheduling patients not seen<br>ff) 2020-10-26 - new patients never result in money<br>gg) 2020-12-22 - docking Tessie pay<br>hh) 2021-01-26 - abilities outside grasp of human comprehension<br>ii) 2021-04-09- income for car<br>jj) 2021-06-05 - Gabe doesn't want Kalpesh to have credentialing team |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | number<br>kk) 2021-08-07 - Gabe will impose his will<br>ll) 2021-08-19 - past Nike couldn't travel to future without tools<br>mm) 2021-08-25 - do exactly as I say, taking responsibility wont bring the money back<br>nn) 2021-09-01 You are the great one, Nike is yours<br>oo) 2021-11-12 VM accusing fraud and responses<br>pp) 2021-11-12 - VM accusing fraud sent to Gabe<br>qq) 2021-11-12 - Carolyn Linkedin<br>rr) 2021-11-12 - 96132 sent to Gabe<br>ss) 2021-12-07- no one will do what told, I need to start doing it, mention of CPT<br>tt) 2021-12-27 - Gabe telling Liz to try codes<br>uu) 2022-01-04 - Kalpesh email about denied claims sent to Gabe<br>vv) 2022-01-19 - Gabe needs private jet, asks about Medicare money<br>ww) 2022-01-20 - Gabe says find money<br>xx) 2022-01-31 - Kalpesh email about NFB denial sent to Gabe<br>yy) 2022-01-31 - without money no one survives<br>zz) 2022-02-03 - I thought you could be Nike<br>aaa) 2022-02-22 - need results not words<br>bbb) 2022-03-02 - heavy focus on Medicare tomorrow<br>ccc) 2022-04-02 - house refinancing sent to Gabe<br>ddd) 2022-04-02 - swap burt for Stanly but bill under him<br>eee) 2022-04-27 - water drilling email<br>fff) 2022-05-10 - water truck text<br>ggg) 2022-05-13 - push back against universe, it doesnt like cheating<br>hhh) 2022-05-16 -paying Dr Burt, should have had him bill Medicare under him<br>iii) 2022-05-17 - water truck picture<br>jjj) 2022-06-18 - drilling update<br>kkk) 2022-06-24 - drilling update<br>lll) 2022-06-27 - nervous with nothing coming from GVM<br>mmm) 2022-07-09 - they are down coding, so easy to add on |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | nnn) 2022-07-10 - I want you to figure out money, ill do it<br>ooo) 2022-07-23 - money is a concern, lets add fuel to the fire<br>ppp) 2022-07-27 - buy clinics, you are the creator of the universe<br>qqq) 2022-08-05 - you are the designer<br>rrr) 2022-08-06 - need you to focus on GVM and billing<br>sss) 2022-08-07 - Did you do GVM, I opened it, I need money<br>ttt) 2022-08-08 - connecting to higher self<br>uuu) 2022-08-11 - you and I are both responsible for cop thing<br>vvv) 2022-09-02 - cant get a shot...cant keep living like this<br>www) 2022-09-06 - services to look up CPT codes<br>xxx) 2022-09-09 - concerned about OIG<br>yyy) 2022-09-23 - if you are god I better be your goddess<br>zzz) 2022-09-26 - Stacy ran mouth said under investigation for fraud<br>aaaa) 2022-11-01 - submit Medicare stuff under Liz NPI<br>bbbb) 2022-12-06 - liz suggests creating a go fund me<br>cccc) 2022-12-13 - everyone will do as I say, Gabe order to schedule patients |
| 17a-cc | | | | Ryan Kapaun | Elizabeth Brown Phone – texts between Elizabeth and 702-379-5927 ("Chanell")<br>a) 2020-10-05_Referrals<br>b) 2020-11-11 - investigated for Medicare fraud<br>c) 2021-05-10 - follows up to fill schedule<br>d) 2021-06-14 - 2-3 week follow ups med man<br>e) 2021-06-24 - need results and productivity<br>f) 2021-06-29 - NS follows up are fraudulent<br>g) 2021-10-02 - patients refusing scheduling<br>h) 2022-05-24 - scheduling no proper rationale<br>i) 2022-06-01 - I have reinstated myself as CEO effective immediately<br>j) 2022-06-07 - all superbills submitted daily (post audit)<br>k) 2022-06-14 - Brown updated daily on |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | patients scheduling<br>l) 2022-06-14 - edit note to prove time spent<br>m) 2022-06-17 - Brown needs CPT codes in spreadsheet<br>n) 2022-07-06 - need to get billing back on<br>o) 2022-07-11 - tell Kalpesh to add code<br>p) 2022-07-23 - Change Medicare patients to 4-6 weeks because not getting paid<br>q) 2022-07-31 - Brown billing herself<br>r) 2022-08-01 - Brown on testing codes and replicating claims that paid<br>s) 2022-08-02 - about BCBS OK<br>t) 2022-08-10 - nothing else matters but scheduling<br>u) 2022-08-15 - billing is all we need right now<br>v) 2022-08-22 -I know how to bill and make the company money<br>w) 2022-09-14 - need to get psych med management to 200 by any means<br>x) 2022-09-21 - this is legal, right?<br>y) 2022-09-27 properly evaluating costing GVM in long run<br>z) 2022-10-17 - worried about missing billing<br>aa) 2022-11-07 - he has to produce or we wont pay him<br>bb) 2022-11-21 - send me list of people to replace for lack of productivity<br>cc) 2022-12-06 - Medicare says we aren't billing properly |
| 18a-hh | | | | Ryan Kapaun | Elizabeth Brown Phone – texts between Elizabeth and 702-713-3514 ("Jade")<br>a) 2020-10-19_Gabriel said implement codes<br>b) 2020-11-16 -codes paying out<br>c) 2020-12-14_Danielle all over the place with billing<br>d) 2020-12-17 - texting Kalpesh about billing<br>e) 2021-01-07_CPT Code book excerpt<br>f) 2021-01-27 - going through Medicaid codes<br>g) 2021-02-03 - codes currently billing<br>h) 2021-03-04 - working with Kalpesh for alt codes<br>i) 2021-03-10 - keep trying to check the codes<br>j) 2021-04-01 - email attachment about rejected 90845<br>k) 2021-05-04_dont give access to billing |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | codes<br>l) 2021-05-05_Prudence email about not scheduling patients<br>m) 2021-08-26_ patient scheduling<br>n) 2021-09-08 - techs focusing on Medicare<br>o) 2021-10-02- scheduling<br>p) 2021-10-18 - Dess note auditing<br>q) 2021-12-9 - Dr Burt will co sign and review all notes<br>r) 2021-12-10 - CPT codes 99483 99358<br>s) 2021-12-10 - CPT codes screenshot<br>t) 2021-12-21 - Gabriel looked through report and said to focus on scheduling<br>u) 2021-12-27 _ more codes<br>v) 2022-01-19_ looking up codes<br>w) 2022-01-20 - research all covid codes<br>x) 2022-01-29 -99421 reimbursement<br>y) 2022-06-27 - Kalpesh and coding conversation<br>z) 2022-07-13 - Kalpesh wants to review all notes<br>aa) 2022-07-19 - Gabriel's Lamborghini water truck<br>bb) 2022-08-02 - NV Medicaid codes<br>cc) 2022-08-06 - Gabe Lambo invoice water truck<br>dd) 2022-08-06_ think outside the box for billing<br>ee) 2022-08-07 - water drilling conversation<br>ff) 2022-08-16 - pay withheld until notes complete<br>gg) 2022-10-19 - Gabriel told her to bill new codes for NFB<br>hh) 2022-11-14 - Maggio text on EPPD report |
| 19a-y | | | | Ryan Kapaun | Elizabeth Brown Phone – texts between Elizabeth and 215-918-4287 ("Kalpesh Soni")<br>a) 2020-09-30 - NFB is 7 codes<br>b) 2020-10-28 - billing 0.01 for 90901<br>c) 2021-01-05 - lets submit and see what pays out<br>d) 2021-01-06 - trying codes out on test patient<br>e) 2021-01-21 - These NFB codes pay, lets keep them<br>f) 2021-08-10 - talk about adding 2 new codes<br>g) 2021-08-11 - can these 5 codes be billed together, no only 3<br>h) 2021-08-18 - if both services in visit, |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | then bill all 5<br>i) 2021-10-21 - Liz asking Kalpesh to bill claims under her NPI<br>j) 2021-11-12 - Elizabeth claiming Carolyn is unhinged<br>k) 2021-11-18 - asking to bill incident to Ashley Nicholson<br>l) 2021-11-23 - lets test a few claims under Dithra<br>m) 2021-11-24 - how to code for Dr Burt<br>n) 2021-11-24 - notes of codes sent to Kalpesh<br>o) 2021-11-30 - assign all NFB to Dr Burt because it pays<br>p) 2021-12-09 - look up MD payouts on codes<br>q) 2022-01-10 - add 99358 to all new visits for Burt<br>r) 2022-01-11 - I added CPT codes and would like all submitted today<br>s) 2022-01-17 - add code to Dr Burt superbill<br>t) 2022-01-24 - Gabriel needs AR worked stat<br>u) 2022-02-04 - Gabe wants every last penny of AR pushed today<br>v) 2022-04-12 - adding 99358 even if not mentioned in notes<br>w) 2022-06-14 - all billing remain same unless auth for me alone, who auth cpt changes<br>x) 2022-06-23 - Liz suggests back dating notes or copy and pasting into new EMR<br>y) 2022-07-25 - need to fight for money and resend claims |
| 20a-kk | | | | Ryan Kapaun | Elizabeth Brown Phone – texts between Elizabeth and 952-465-4757 (“Dess”)<br>a) 2020-08-31 – compiling NFB lists<br>b) 2020-09-17 – superbilling and adding to schedule<br>c) 2020-09-17 – superbilling claims<br>d) 2020-09-17 – techs persuasive enough, scheduling talk<br>e) 2020-09-17 – working on notes rn<br>f) 2020-09-19 – patients refusing NFB<br>g) 2020-10-15- scheduling email<br>h) 2020-10-16 – codes for med man<br>i) 2020-10-21 – researching codes, NFB scheduling<br>j) 2020-11-16 – make sure all have all visits |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | k) 2020-11-27 – assigning NT notes to providers<br>l) 2020-12-04 – note sign off process<br>m) 2020-12-20 – co sign Relindis Notes<br>n) 2020-12-21 – superbilling w Kalpesh<br>o) 2020-12-22 – prioritize Medicare despite what anyone else says<br>p) 2020-12-27 – signing notes for Liz<br>q) 2021-01-11- confronted about scheduling, denied of course<br>r) 2021-01-12- finishing Tessie's patients<br>s) 2021-01-14 – Dess email to Kalpesh<br>t) 2021-01-15 – 90875 attachment<br>u) 2021-01-15 – no deleting 90785, cpt changes only authorized by Gabe or Liz<br>v) 2021-01-18- screenshot text of Liz approving multiple codes on same DOS<br>w) 2021-01-27 -Dess signing off on Liz notes<br>x) 2021-03-02 – attachment to denied 90845, suggesting modifier<br>y) 2021-03-02 denied 90845, suggesting modifier<br>z) 2021-03-12 – billing reimbursement, Kalpesh convo<br>aa) 2021-05-12 – NFB review template<br>bb) 2021-05-20 – aggressive patient scheduling<br>cc) 2021-06-23 – Scheduling, 3x week Medicare, 2x commercial<br>dd) 2021-06-29 – scheduling NFB because pays more<br>ee) 2021-07-07 – NS before therapy more lucrative<br>ff) 2021-07-09 – schedule every 2 weeks instead of 4<br>gg) 2021-07-13 – med man every 2<br>hh) 2021-09-09 – never give you Gabe name, number, or address<br>ii) 2021-10-18 – accusation of fraudulent billing<br>jj) 2021-12-01 – Kalpesh thinks should not use non mental diagnosis in billing<br>kk) 2022-01-24 – no more bs, schedule or fired |
| 21a-q | | | | Ryan Kapaun | Elizabeth Brown Phone – texts between Elizabeth and 702-713-3514 ("Jade") and 702-379-5927 ("Chanell")<br>a) 2019-11-23 - Chanell go into completed notes and reassign<br>b) 2019-11-27 - NFB on sleeping patient<br>c) 2019-11-27 - NFB on sleeping patient – |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | attachment<br>d) 2020-2-12 - would like to get proper certification<br>e) 2021-10-14 - NDA threat<br>f) 2022-07-05 - 99483 CPT code<br>g) 2022-07-24 - UPIC audit, resubmitting old claims under new NPI<br>h) 2022-08-01 - Aetna coding convo<br>i) 2022-08-01 - coding, NPI discussion<br>j) 2022-08-08 - NS NFB timing codes discussion<br>k) 2022-08-12 - new codes to biller then Kalpesh fired<br>l) 2022-09-01 - mix up rendering provider so doesn't register as fraud<br>m) 2022-09-07 - CPT Code 99442<br>n) 2022-10-04 - moving patients to new Kareo and billing under different LLC<br>o) 2022-12-19 - supervising NFB provider on vacation<br>p) 2022-12-20 -scheduling<br>q) 2022-12-28 - Liz billing chart review |
| 22a-d | | | | Ryan Kapaun | Elizabeth Brown Phone – texts between Elizabeth and 660-596-6463 ("Rachel billing Ibee")<br>a) 2022-12-09 - refund demand from Cigna<br>b) 2022-10-20 old NFB codes crazy<br>c) 2022-10-20 old NFB codes crazy attachment<br>d) 2022-12-06 - should not bill under Claire because she doesn't see patients |
| 23 | | | | Ryan Kapaun | Elizabeth Brown Phone – texts between Elizabeth and 952-239-5353 ("Bri babe New") on 2022-08-01 |
| 24 | | | | Ryan Kapaun | Elizabeth Brown Phone – texts between Elizabeth and 407-728-6630 ("ACP Billing Dr Anthonny") on 2022-09-14 |
| 25a-b | | | | Ryan Kapaun | Elizabeth Brown Phone – texts between Elizabeth and 201-982-8584 ("Jimmy")<br>a) 2022-07-23 - all patients billed under Brown NPI<br>b) 2022-08-03 - Humana wont recognize 90901 |
| 26 | | | | Ryan Kapaun | Elizabeth Brown Phone – texts between Elizabeth and 215-918-4287 ("Kalpesh Soni") and 201-982-8584 ("Jimmy") on 2020-09-21 |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 27 | | | | Ryan Kapaun | Elizabeth Brown Phone – texts between Elizabeth and 702-985-2418 ("Ashley Manager Office gVM") and 702-250-0018 ("Prudence Myers") |
| 28a-l | | | | Ryan Kapaun | Elizabeth Brown Phone – Pictures and Videos<br>a) 2020-12-07 photo in Vail.<br>b) 2020-12-07 photo in Vail<br>c) 2020-12-08 photo in Vail.<br>d) 2020-12-09 photo in Vail.<br>e) 2020-12-10 photo in Vail<br>f) 2020-12-07 - 2020-12-10 photos metadata<br>g) 2021-04-25 photo from Twins Suite<br>h) 2021-04-25 photo metadata<br>i) 2021-12-17 Wolves Suite Photo<br>j) 2021-12-17 Wolves Suite Photo metadata<br>k) 2022-07-04 pool party photo<br>l) 2022-07-04 Metadata |
| **NOTES, TEXTS, AND MEDIA FROM GABRIEL PHONE** | | | | | |
| 29 | | | | Ryan Kapaun | Gabriel Phone Text Messages [None Currently Specified] |
| 30a-k | | | | Ryan Kapaun | Gabriel Phone Notes<br>a) 2021-04-06 - Note about lack of healthcare experience<br>b) 2021-06-11 - Gabe threat to Brown<br>c) 2021-08-02 - Note about Credentialing<br>d) 2021-09-01 – Twins game list<br>e) 2021-10-13 – GVM salaries<br>f) 2021-10-14 – Miami<br>g) 2021-12-10 – Zambia Provinces<br>h) 2022-05-10 – Numbers, Medicare, finances<br>i) 2022-07-31 – GVM failing<br>j) 2022-09-16 – Provider Schedules<br>k) 2022-10-03 – CPT codes |
| 31 | | | | Ryan Kapaun | Gabriel Phone Media |
| **SOCIAL MEDIA** | | | | | |
| 32 | | | | Ryan Kapaun | Media from Brown Facebook [None Currently Specified] |
| 33a | | | | Ryan Kapaun | Media from Brown Instagram<br>a) 2020-05-30 pool renovations |
| 34a-d | | | | Ryan Kapaun | Media from Luthor Facebook<br>a) Luthor FB Page |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | b) Luthor Picture with Brown, Brianna, and Jade<br>c) 2019-08-24 – Vikings Game Pictures (x4)<br>d) Mercedes and Front Driveway Picture |
| **OTHER EMAILS PROVIDED BY WITNESSES** | | | | | |
| 35 | | | | Kalpesh Soni | Email – 2022-01-07-Liz telling Kalpesh to add 99358 code |
| 36 | | | | Kalpesh Soni | Email – 2022-01-08 - Liz instructing Kalpesh to add codes |
| 37 | | | | Kalpesh Soni | Email – 2022-01-10- Liz instructing Kalpesh to add codes |
| 38 | | | | Kalpesh Soni | Email – 2022-01-11 - bill this list immediately |
| 39 | | | | Kalpesh Soni | Email – 2022-03-11 - rebilling under Teliya per Liz |
| 40 | | | | Kalpesh Soni | Email – 2022-04-14 - Revsolv recommend consulting for coding |
| 41 | | | | Kalpesh Soni | Email – 2022- 06-14 – 2022-06-15, all billing codes to remain the same / where is new coding coming from, no changes without authorization |
| 42 | | | | Kalpesh Soni | Email – 2022-06-24 - Liz warned cannot bill 99214 and 90833 |
| 43 | | | | Kalpesh Soni | Email –2022-08-09 - Revsolv fraudulent billing concern, refuse to submit new claims |
| 44 | | | | Bryan Stewart | Email – 2022-05-16 - HIA presentation fwd to Liz and Jade |
| 45 | | | | Bryan Stewart | Email – 2022-05-23 - Bryan email to Channel, Mary signing notes for other provider not legal |
| **PREMISES SEARCH WARRANTS** | | | | | |
| 46a-oo | | | | Julie Barrows | Photographs from January 12, 2023 search of 11631 Welters Way, Eden Prairie, Minnesota 55347<br>a) Room 2B Facing Bed<br>b) Room 2B Facing TV<br>c) Room 2C Facing Bed<br>d) Room 2C Facing Shower<br>e) Room 2C Facing Wall<br>f) Room 2D Entry<br>g) Room 2D Facing Bed |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | h) Room 2D Facing Entry<br>i) Room 2D Facing TV and Dresser<br>j) Room 2E Entry<br>k) Room 2E Facing Bed<br>l) Room 2E Facing TV and Fireplace<br>m) Room 2K Changing Room<br>n) Room 2K Shower<br>o) Room 2L Entry to Closet and Bathroom<br>p) Room 2L Facing Bed and Closet<br>q) Room 2L Facing Bed and Patio<br>r) Room 2L Facing Tub<br>s) Room 2L Shower<br>t) Room 2L Walk in Closet<br>u) Room 3E TV Room<br>v) Room E Facing Entry and Wall<br>w) Room E Facing Gaming Chair<br>x) Room E Facing Window<br>y) Room F Facing Entry<br>z) Room F Facing TV and Bed<br>aa) Basketball Court Facing Wall Behind Hoop<br>bb) Basketball Court Facing Windows<br>cc) Dining Room<br>dd) Garage Interior<br>ee) Gym<br>ff) Hot Tub and Bar Closer Angle<br>gg) Hot Tub and Bar from Bar<br>hh) Hot Tub and Bar<br>ii) Indoor Office Facing Desk<br>jj) Indoor Office Facing Entry<br>kk) Indoor Office From Entry<br>ll) Indoor Office Showing Shelves<br>mm) Indoor Sauna<br>nn) Theater Room Facing Entrance<br>oo) Theater Room Facing Theatre |
| 47a-c | | | | Julie Barrows | Videos of Interior of Welters Way taken on January 12, 2023<br>a) Basement Video, 2m, 34s<br>b) Main Level Video, 6m<br>c) 2nd Floor and Basketball Court, 6m, 3s |
| 48a-i | | | | Julie Barrows | Documents recovered during January 12, 2023 search of 11631 Welters Way, Eden Prairie, Minnesota 55347 |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | a) 2021-12-23 - Molina Health, rejected claim<br>b) 2022-01-07 - Cigna, cannot cover because experimental<br>c) 2022-03-03 - Cigna, cannot cover because considered experimental<br>d) 2022-05-11 - Cigna, cannot cover because considered experimental<br>e) 2022-05-13 -Cigna, treatment is not medically necessary<br>f) 2022-06-10 - BCBS, submitted code disallowed as non reimbursable<br>g) 2022-12-24 - invalid CPT combinations, provider remittance advice<br>h) 2022-12-29 - BCBS denial based on inappropriate billing<br>i) 2022-12-29 - BCBS Denial Code List |
| 49a-t | | | | John Livingston | Photographs from January 12, 2023 search of Golden Victory Medical Clinic at 2870 S. Maryland Pkwy, Suites 200 and 220, Las Vegas, NV 89109<br>a) Entrance to Clinic<br>b) Reception Facing Entrance<br>c) Room A facing Front Door<br>d) Room A from Reception<br>e) Room B from Reception<br>f) Room F Facing Door<br>g) Room F Front Door<br>h) Room G Facing Windows<br>i) Room H Facing Windows<br>j) Room L from Door<br>k) Room L Interior<br>l) Storace Closet from Entrance<br>m) Storage Closet Facing Shelves<br>n) Breakroom Facing Kitchen<br>o) Breakroom Facing Windows<br>p) Patient Room from Door<br>q) Patient Room facing Door<br>r) Poitier License on Wall<br>s) Licenses on Wall<br>t) Licenses on Wall (2) |
| 50a-h | | | | John Livingston | Documents recovered during January 12, 2023, search of Golden Victory Medical Clinic at 2870 S. Maryland Pkwy, Suites 200 and 220, Las Vegas, NV 89109 |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | a) 2021-03-31 - Anthem, Modifier 25 used at higher than avg rate<br>b) 2021-03-09 - Anthem, codes for patients w Alzheimer's high<br>c) 2021-03-12 - Medicare denial, provider not eligible to provide service<br>d) 2021-03-22 - UNHC, overpay because 99358 included in 90833<br>e) 2021-03-29 - Cigna, cannot cover because experimental<br>f) 2021-11-11 - UNHC denial because service not paid separately<br>g) 2021-10-20, Sunshine health denials and explanations<br>h) 2022-04-07 Humana modifier not supported by documentation |
| **WITNESS PROVIDED/AUTHENTICATED MATERIALS** | | | | | |
| 51 | | | | Donielle Freedman | Elizabeth Brown Face to Face Contract |
| 52 | | | | Donielle Freedman | Face to Face Payroll Records |
| 53 | | | | Donielle Freedman | 2018-03-28 Medical Note -Gottilla |
| 54 | | | | Bryan Stewart | Stewart- Offer Letter |
| 55 | | | | Bryan Stewart | 2021_09 Cenpatico and UNHC insurance warning |
| 56 | | | | Ashley Barr | 2021-06-24- Ashley Barr email about scheduling and credentialing |
| 57 | | | | Allison Samora | Gabriel Recorded Call from Allison Samora, 21m, 46s |
| 58 | | | | Bryan Lutherbeck | 2022-08-04 - BCBS OK Letter |
| 59 | | | | Qlarant | 2022-01-20 - CMS_Notice of Suspension of Medicare Payments. |
| 60 | | | | Mary Purvis | Mary Purvis Explanation of Benefits |
| 61 | | | | Maigen Miller | Maigen Miller Explanation of Benefits |
| 62 | | | | Kalpesh Soni | Revesolv Termination Letter |
| **PUBLIC FILINGS** | | | | | |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 63a | | | | 902(4) | GVM Nevada LLC filings |
| 63b | | | | 902(4) | Olympic Medical LLC filing (To be obtained) |
| 63c | | | | 902(4) | Topnotch Behavioral Health LLC (To be obtained) |
| 64 | | | | 902(4) | Hennepin County – Welters Way Home |
| 65a-l | | | | 902(4) | a) Petition to Enter Plea of Guilty _ Dakota County Conviction Records CR-09-3366 and CR-09-3339<br>b) Sentencing Order _ Dakota County Conviction Record – CR-09-3366<br>c) Warrant of Commitment_ Dakota County Conviction Record – CR-09-3366<br>d) Discharging Probationer__ Dakota County Conviction Record – CR-09-3366<br>e) Sentencing Order _ Dakota County Conviction Record – CR-09-3339<br>f) Warrant of Commitment _ Dakota County Conviction Record – CR-09-3339<br>g) Discharging Probationer_ Dakota County Conviction Record – CR-09-3339<br>h) Statement of Probable Cause _Rice County Certified Conviction<br>i) Probable Cause to Detain_ Rice County Certified Conviction<br>j) Petition to Enter Plea _Rice County Certified Conviction<br>k) Sentencing Order _Rice County Certified Conviction<br>l) Sentencing Order_Martin County |
| **FINANCIAL RECORDS GOLDEN VICTORY MEDICAL** | | | | | |
| 66 | | | | 902(11) | Bank of America, records of Golden Victory Medical LLC account ending 1472 from 8/2018 to 5/2022 |
| 67 | | | | 902(11) | Bank of America, records of Golden Victory Medical LLC account ending 4198 from 11/2021 to 5/2022 |
| 68 | | | | 902(11) | Bank of America, records of Golden Victory Medical LLC account ending 5822 from 10/2020 to 5/2022 |
| 69 | | | | 902(11) | BMO, records of Golden Victory Medical LLC account ending 9348 from 5/2022 to 9/2023 |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 70 | | | | 902(11) | BMO, records of Golden Victory Medical LLC account ending 9461 from 5/2022 to 6/2022 |
| 71 | | | | 902(11) | US Bank, records of Golden Victory Medical LLC account ending 0504 from 5/2022 to 11/2022 |
| 72 | | | | 902(11) | US Bank, records of Golden Victory Medical LLC account ending 5880 from 5/2022 to 11/2022 |
| 73 | | | | 902(11) | JPMC, records of Golden Victory Medical LLC account ending 8936 from 11/2022 to 7/2023 |
| | | | | | |
| **FINANCIAL RECORDS ELIZABETH BROWN** | | | | | |
| 74 | | | | 902(11) | Bank of America, records of Elizabeth C Brown account ending 1052 from 12/2017 to 6/2022 |
| 75 | | | | 902(11) | Bank of America, records of Elizabeth C Brown account ending 3436 from 4/2020 to 6/2022 |
| 76 | | | | 902(11) | Bank of America, records of Elizabeth C Brown account ending 2128 from 9/2020 to 6/2022 |
| 77 | | | | 902(11) | Wells Fargo, records of Elizabeth C Bottke / Elizabeth C Brown Devorse account ending 9320 from 12/2017 to 4/2024 |
| 78 | | | | 902(11) | US Bank, records of Elizabeth Christine Brown account ending 1282 from 5/2022 to 12/2022 |
| 79 | | | | 902(11) | BMO, records of Elizabeth C Brown account ending 6754 from 5/2022 to 4/2023 |
| 80 | | | | 902(11) | BMO, records of Elizabeth C Brown account ending 8531 from 5/2022 to 9/2023 |
| 81 | | | | 902(11) | JPMC, records of Elizabeth C Brown account ending 5778 / 2382 from 8/2022 to 01/2024 |
| 82 | | | | 902(11) | JPMC, records of Elizabeth C Brown account ending 5255 from 12/2022 to 6/2023 |
| 83 | | | | 902(11) | Wells Fargo, records of Elizabeth C Brown account ending 7186 from 11/2023 to 3/2024 |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 84 | | | | 902(11) | Wells Fargo, records of Elizabeth C Brown account ending 8746 from 11/2023 to 3/2024 |
| 85 | | | | 902(11) | PNC Bank, records of Elizabeth Brown account ending 4124 from 4/2023 |
| 86 | | | | 902(11) | PayPal, records for Elizabeth Brown |
| 87 | | | | 902(11) | Square/Cash App, records of Elizabeth Brown account ending gmks from 9/2021 to 1/2023 |
| **FINANCIAL RECORDS GABRIEL LUTHOR** | | | | | |
| 88 | | | | 902(11) | TCF/Huntington Bank, records of Gabriel Adam Alexander Langford account ending in 8151 from 12/2018 to 6/2021 |
| 89 | | | | 902(11) | TCF/Huntington Bank, records of Gabriel Adam Alexander Luthor account ending in 5020 / 3004 from 6/2021 to 12/2021 |
| 90 | | | | 902(11) | Bank of America, records of Gabriel Adam Alexander Langford account ending 4509 from 12/2017 to 5/2022 |
| 91 | | | | 902(11) | Bank of America, records of Gabriel Adam Alexander Luthor account ending 0641 from 4/2021 to 5/2022 |
| 92 | | | | 902(11) | Bank of America, records of Gabriel Adam Alexander Luthor account ending 3834 from 9/2021 to 5/2022 |
| 93 | | | | 902(11) | BMO, records of Gabriel A Luthor account ending 8515 from 5/2022 to 8/2023 |
| 94 | | | | 902(11) | US Bank, records of Gabriel Luthor account ending 1555 from 5/2022 to 12/2022 |
| 95 | | | | 902(11) | JPMC, records of Gabriel Luthor account ending 1436 from 4/2023 to 10/2023 |
| 96 | | | | 902(11) | JPMC, records of Gabriel Luthor account ending 5757 from 9/2023 to 10/2023 |
| 97 | | | | 902(11) | PayPal, records for Gabriel Luthor account ending 8053 |
| 98 | | | | 902(11) | Coinbase, records for Gabriel Langford |
| 99 | | | | 902(11) | Square/Cash App, records of Gabriel Langford account ending 8m83 from 12/2018 to 10/2022 |
| **FINANCIAL RECORDS ELIZABETH BROWN & GABRIEL LUTHOR** | | | | | |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 100 | | | | 902(11) | Bank of America, records of Elizabeth C Brown / Gabriel Adam Adlexander Luthor account ending 3574 from 7/2019 to 5/2022 |
| 101 | | | | 902(11) | Bank of America, records of Gabriel Adam Adlexander Luthor / Elizabeth C Brown account ending 8540 from 3/2021 to 5/2022 |
| 102 | | | | 902(11) | BMO, records of Elizabeth C Brown / Gabriel A Luthor account ending 8523 from 5/2022 to 7/2022 |
| **OTHER BUSINESS RECORDS** | | | | | |
| 103 | | | | 902(11) | BMW Records |
| 104 | | | | 902(11) | Towbin Motor Cars |
| 105 | | | | 902(11) | Mercedes Benz |
| 106 | | | | 902(11) | Feldmann Imports |
| 107 | | | | 902(11) | TrueAir |
| 108 | | | | 902(11) | Delta Flight Records |
| 109 | | | | 902(11) | SunCountry |
| 110 | | | | 902(11) | Spirit Flight Records |
| 111 | | | | 902(11) | Frontier Flight Records |
| 112 | | | | 902(11) | Verizon Call Detail Records |
| 113 | | | | 902(11) | T-Mobile Call Detail Records |
| 114 | | | | 902(11) | Sprint Call Detail Records |
| 115 | | | | 902(11) | Executive Title |
| 116 | | | | 902(4) | Nevada State Board of Nursing Records |
| **SUMMARY AND ILLUSTRATIVE EXHIBITS** | | | | | |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 117a-cc | | | | Daniel Coney | Summary Charts<br>a) Medicare Honor System<br>b) CPT Description<br>c) What Provider Sees When Entering a Claim<br>d) Medicare Enrollment Summary<br>e) Overall Claims Summary<br>f) Medicare Beneficiary Map<br>g) Procedural Codes Summary<br>h) Repeated Combination of Testing Codes<br>i) Minimum Professional Time Represented by Time CPT Codes<br>j) Time Associated Services – Brown<br>k) Brown 10-16-2019 CMS Billing Time using IntraService<br>l) Rendering Providers with more than 24 Hours Billing<br>m) Brown Daily Time Scatter Graph<br>n) 96112 and 96138, Mod 59<br>o) Inordinate use of Mod 59<br>p) Qualified Professional v. Technician Distinction<br>q) Who Medicare Authorizes to Supervise Testing<br>r) 96138 billed under Brown NPI<br>s) GVM_Billing_Shift_2020-2022<br>t) GVM Claims on Holidays<br>u) Medicare Biofeedback coverage and billing rules<br>v) Medicare_Biofeedback_National_and_Regional_Requirements<br>w) 96158 and EM reported same date<br>x) Interactive Complexity added to Brown 90833<br>y) Brown 99215, 90833, and 90785 frequence<br>z) Financial impact of 99215, 90785, and 90833<br>aa) Technician services CPT reference poster<br>bb) GVM Additional Billed Services Time Reference<br>cc) 2 Claims for Bene CF |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 118a-g | | | | Andria Brutsche | Summary Charts – GVM, Brown, and Luthor Financial Records<br>a) GVM Funds used by Percentage<br>b) GVM Funds to Liz<br>c) GVM Funds to Gabe.<br>d) LIZ-Funds in and Out by Year;<br>e) GABE-Funds in and Out by Year<br>f) GABE-Entertainment funds in 2021<br>g) Property Info<br>h) 11631 Welters Way funds in and out<br>i) 11631 Welters Way funds out to Congo<br>j) Vehicle Expenses<br>k) Business Expenses<br>l) Other Expenses<br>m) Travel Expenses<br>n) Cash and Cash App Expenses<br>o) Gabriel Luthor Related Expenses<br>p) Girls Expenses |
| **OTHER PHOTOGRAPHS AND DOCUMENTS** | | | | | |
| 119 | | | | Julie Barrows | Photograph of Jade Wilson |
| 120 | | | | AnnMarie Strong | Photograph of Rodessa Kraus |
| 121 | | | | Julie Barrows | Photograph of Chanell Allen |
| 122 | | | | Julie Barrows | Photograph of Brianna Hughes |
| 123 | | | | AnnMarie Strong | Picture of Elizabeth Brown |
| 124 | | | | AnnMarie Strong | Picture of Elizabeth Brown Lakeville Home |
| 125a-b | | | | AnnMarie Strong | Pictures of Elizabeth Brown and Gabriel Luthor Welters Way Home |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 126a-l | | | | AnnMarie Strong | Brown and Kraus Social Media Posts<br>a) 2021-05-10 – Rolls Royce Cullinan outside of Welter's way<br>b) 2021-05-10 – Rolls Royce Cullinan outside of Welter's way (2)<br>c) 2021-06-12 Liz jewelry gifted to Kraus<br>d) 2021-06-19 - Restaurant<br>e) 2021-06-22 Concert<br>f) Liz concert tickets gift to Kraus<br>g) 2021-07-07 – cars outside Welters Way<br>h) Liz post "a beautiful day for a ride in the Lambo"<br>i) 2021-08-21 Vikings game box seat<br>j) "So grateful for VIP experience…touchdown suite"<br>k) 2021-12-24 – Vikings game w/ cheerleaders<br>l) 2021-12-24 – picture with Rodessa and Brown |
| 127 | | | | Kalpesh Soni | GVM and RevSolv Contract |
| 128a-i | | | | Julie Barrows | RV Photos<br>a) RV Photo from front<br>b) RV Photo from side<br>c) RV Photo - license plate<br>d) RV Photo from behind<br>e) RV Photo Interior – Entry<br>f) RV Photo Interior - Driver Seat<br>g) RV Photo Interior – Couch<br>h) RV Photo Interior – Hallway<br>i) RV Photo Interior - Hallway (2) |
| 129 | | | | | GVM Flyer |
| 130 | | | | Kalpesh Soni | Attachment to "2022-06-15 - where is new coding coming from, no changes without authorization" Email |
| 131 | | | | Bryan Stewart | GVM Billing Audit Remediation Plan |
| **EXTRACTIONS AND OTHER DIGITAL EVIDENCE MARKED FOR IDENTIFICATION PURPOSES** | | | | | |
| 200 | | | | 902(14) | iPhone 14 Pro Max, Serial H6V2D6HFQ9 ("Elizabeth Brown Phone |
| 201 | | | | 902(14) | Apple iPhone, Serial Number N6WD6LVYCY 14 "Gabriel Luthor Phone") |
| 202 | | | | 902(11) | "luthorgabriel" Instagram account, Identifier 4221440328 ("Gabriel Luthor Instagram") |

| NO. | OFFERED | MARKED | ADMITTED | WITNESS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 203 | | | | 902(11) | "liz_brownxoxo" Instagram account, Identifier 335587863 ("Elizabeth Brown Instagram") |
| 204 | | | | 902(11) | "liz.brown1982" Facebook account, Identifier 508272615 ("Elizabeth Brown Facebook Account") |
| 205 | | | | 902(11) | "gabrielstyles" Facebook account, Identifier 716070230 ("Gabriel Luthor Facebook Account") |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |