UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-88 (ECT/LIB)

UNITED STATES OF AMERICA,

Plaintiff,

v.

GABRIEL ADAM ALEXANDER LUTHOR,
AND ELIZABETH CHRISTINE BROWN,

Defendants.

**GOVERNMENT'S OPPOSITION TO BROWN'S MOTIONS FOR SEVERANCE AND CONTINUANCE**

The United States of America, by and through its undersigned attorneys, hereby submits its opposition to Defendant Elizabeth Brown's motion to sever the trial in this case (ECF No. 183).

There is no reason for severance. The courtroom furniture can be rearranged to have Brown seated at a different table than Luthor. Luthor's and Brown's release conditions should be amended to include no-contact and separation requirements. Courtroom security will be present throughout the trial. If the risk of dangerousness remains present, Luthor should be detained.

Also, the explosive nature of B.M.'s allegations and their use as potential evidence at trial is no cause for severance, for three reasons. (i) The risk of prejudice would be against Luthor, not Brown, and Luthor has not requested severance. (ii) B.M.'s allegations cannot unfairly prejudice Luthor because they are inadmissible at trial, due to their extremely serious subject matter, combined with the lack of corroboration by other evidence, which together lends them a comparatively low

probative value against the risk of unfair prejudice against Luthor and confusing the issues with Brown. (iii) Alternatively, if any portion of B.M.'s allegations are admissible for Brown's purposes, for example to argue for a duress defense, then the government would also use the allegations against Luthor to show his leadership and influence over Brown and the women, ultimately going to his knowing participation in the fraud scheme. In other words, even if severed, and even if some portions of B.M.'s allegations are admissible, then the same evidence would be admitted during the separate trials, leaving no prejudice to Luthor in a joint trial.

For these reasons, Brown's motion to sever should be denied.

Respectfully submitted,

Date: October 31, 2026

DANIEL N. ROSEN
UNITED STATES ATTORNEY

*/s/ Matthew D. Forbes*
Matthew D. Forbes
Matthew M. Paulbeck
Assistant U.S. Attorneys