**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Gabriel Adam Alexander Luthor,

Defendant.

Docket No. 0864 0:25CR00088-001(ECT)

**ORDER**

On the 2nd day of November, 2026, Gabriel Adam Alexander Luthor appeared before the Honorable Eric C. Tostrud, Chief U.S. District Judge, for Status Conference Hearing. IT IS HEREBY ORDERED that Gabriel Adam Alexander Luthor be released under the same terms and conditions previously imposed on pretrial release. In addition, the following conditions of release are imposed:

- Should not be permitted to reside or stay together with codefendant Elizabeth Christine Brown, including during their time in Minnesota, they should not be permitted to stay in the same hotel.
- No contact should be permitted between codefendant Elizabeth Christine Brown.

Signed and executed this 3rd day of November, 2026.

s/ Eric C. Tostrud
Honorable Eric C. Tostrud
Chief U.S. District Judge