**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Elizabeth Christine Brown,

Defendant.

Docket No. 0864 0:25CR00088-002(ECT)

**ORDER**

On the 2nd day of November, 2026, Elizabeth Christine Brown appeared before the Honorable Eric C. Tostrud, Chief U.S. District Judge, for a Status Conference Hearing. IT IS HEREBY ORDERED that Elizabeth Christine Brown be released under the same terms and conditions previously imposed on pretrial release. In addition, the following condition(s) of release are imposed:

- Should not be permitted to reside or stay together with codefendant Gabriel Adam Alexander Luthor, including during their time in Minnesota, they should not be permitted to stay in the same hotel.
- No contact should be permitted between codefendant Gabriel Adam Alexander Luthor.

Signed and executed this 3rd day of November, 2026.

s/ Eric C. Tostrud
Honorable Eric C. Tostrud
Chief U.S. District Judge