**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
*Criminal No.: 25-CR-88 (ECT/LIB)*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>Vs.<br><br>GABRIEL ADAM ALEXANDER LUTHOR ET AL,<br><br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DECLARATION OF THOMAS C. PLUNKETT IN SUPPORT OF DEFENDANT GABRIEL LUTHOR'S MOTION FOR RECUSAL AND FOR INDIVIDUAL INQUIRY OF JURORS** |

I, Thomas C. Plunkett, declare as follows:

1. I am an attorney licensed to practice in Minnesota and admitted in this Court. I represent Defendant Gabriel Adam Alexander Luthor in this case. I make this declaration from personal knowledge, except where I state otherwise.
2. Jury selection in the trial of Mr. Luthor and co-defendant Elizabeth Christine Brown began on November 2, 2026.
3. Mr. Luthor attended jury selection until he was excused for health reasons, after waiving his presence for jury selection only. The jury was sworn, outside his presence.
4. On November 4, 2026, Mr. Luthor was in the emergency department at a local hospital. After court adjourned that day, I visited him in person. He was conscious, appeared to be in pain, was receiving treatment, and was waiting to be admitted to a hospital room. At about 4:00 p.m., I checked on him again by telephone and was told he remained in the emergency department waiting for a bed. I reported this to the Court's chambers by email, with copies to counsel for the government and counsel for Ms. Brown.
5. Mr. Luthor told me that he wishes the trial to proceed in his absence. I informed the Court of his position.

6. The Court has not proceeded with trial in Mr. Luthor's absence. As of the date of this declaration, no opening statement has been given and no witness has testified. With Mr. Luthor's consent..

7. On the morning of November 5, 2026, in open court and outside the presence of the jury, the Court stated:

> "From where I sit, there are several reasons to question whether Mr. Luthor is really too sick to have appeared for court this morning. Based on my now-lengthy experience with this case, what I am saying is that if I had to place a wager on the issue this morning, I would bet that Mr. Luthor is exaggerating his symptoms, or perhaps worse, to make it difficult for this trial to proceed."

The quotation above is taken from the published report described below.

8. At about 5:25 p.m. Central time on November 5, 2026, KARE 11 published an article by reporter Lou Raguse titled "$15 million fraud trial on hold after defendant checks into hospital," which quotes the Court's statement. See https://www.kare11.com/article/news/local/courts-news/15-million-fraud-trial-on-hold-defendant-hospital/89-a5ff7f5d-e10e-4b1b-8a86-7367569b15aa. The article was republished on Yahoo News. A true and correct copy is attached as Exhibit A.

9. The KARE 11 article also reports that, days before Mr. Luthor's hospitalization, Ms. Brown "turned against" him after reading a witness report from one of his former girlfriends describing "alleged sexual and physical abuse," and that Ms. Brown wants her trial separated from his because she "has to point the finger at him in her defense."

10. On November 5, 2026, the Center of the American Experiment published an article by Bill Glahn titled "Polycule leaders' Medicare fraud trial on hold," which reports on the delay and quotes a social media post by the KARE 11 reporter. A true and correct copy is attached as Exhibit B.

11. The jurors have been in recess. The Court's last instruction to them about avoiding news coverage is believed to be at the end of voir dire, but has not been confirmed.

12. At 6:15 a.m. on November 6, 2026, I informed counsel for the government of this motion. As of the time of filing, the government has not taken a position.

13. This motion is filed the day after the Court's statement. It is not brought for delay. Mr. Luthor has asked and asks that the trial proceed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 6, 2026, in St. Paul, Minnesota.

Dated: November 6, 2026

/s/ Thomas C. Plunkett
Thomas C. Plunkett
Attorney No. 260162
First National Bank Building
332 Minnesota St.
Suite W1610
St. Paul, MN 55101
Phone: (651) 222-4357
Email: tcp@tp4justice.com
**Attorney for Gabriel Luthor**