**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Gabriel Adam Alexander Luthor,

Defendant.

Docket No. 0864 0:25CR00088-001(ECT)

**Order Modifying Conditions of Release**

IT IS HEREBY ORDERED that Gabriel Adam Alexander Luthor be released under the same terms and conditions previously imposed on pretrial release with the following exceptions. The defendant must:

- Maintain residence at a halfway house as U.S. Probation and Pretrial Services Office or supervising officer considers necessary, and observe the rules and regulations of that facility. Placement shall be in the district of Minnesota, and he shall report to the designated halfway house facility as directed by the supervising officer by no later than 1:00 p.m. on November 20, 2026.

- Travel shall be restricted to Minnesota.

All other conditions shall remain in effect.

Signed and executed this 19th day of November, 2026.

s/ Eric C. Tostrud
Honorable Eric C. Tostrud
Chief U.S. District Judge